## 57466. THE STATE v. REID.

BANKE, Judge.

The decision of this court in the above-styled case (*State v. Reid,* 156 Ga. App. 78 (274 SE2d 164) (1980)) having been reversed by the Supreme Court on certiorari (*State v. Reid,* 247 Ga. 445 (1981)), our decision is hereby vacated. The decision of the Supreme Court is substituted, and the trial court's judgment is reversed.

*Judgment reversed. McMurray, P. J., and Pope, J., concur.*

DECIDED MAY 19, 1981.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Richard E. Hicks, Assistant District Attorneys,* for appellant.
*Dennis S. Mackin,* for appellee.